

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

**BY HAND**
The Honorable Richard J. Sullivan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    **United States v. James Brockington**
                  **07 Cr. 1033 (RJS)**

Dear Judge Sullivan:

      The Government writes to confirm that the next pre-trial conference in the above-referenced matter has been adjourned until February 21, 2008 at 4:30 p.m. Both parties expect that the defendant will be pleading guilty at this time.

      The Government respectfully requests that the Court exclude time until the date of the next pre-trial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

*[Handwritten endorsement: The time between today and Feb. 21 is excluded in the interest of justice, pursuant to 18 U.S.C § 3161(h)(8)(A).]*

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

SO ORDERED
Dated: 2/4/08
*[signed] RICHARD J. SULLIVAN, U.S.D.J.*

By: *[signed]*
JULIAN J. MOORE
Assistant United States Attorney
(212) 637-2473

cc:    Henry Steinglass, Esq. (by facsimile)