

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 21, 2008

**BY HAND**
The Honorable Richard J. Sullivan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States v. James Brockington**
>        **07 Cr. 1033 (RJS)**

Dear Judge Sullivan:

The Government writes to confirm that the plea scheduled for today was adjourned. Both parties respectfully request that the plea be rescheduled for a date in March that is convenient for the Court. Both parties are available the week of March 3rd (with the exception of the morning of March 7) and/or the week of March 24th.

The Government respectfully requests that the Court exclude time until the date of the next appearance before Your Honor, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By:   JULIAN J. MOORE
Assistant United States Attorney
(212) 637-2473

cc:   Henry Steinglass, Esq. (by facsimile)

---

*Handwritten endorsement:* MEMO ENDORSED. The plea is adjourned to 3/27/08 at 10:30 AM. Time is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) in the interest of justice. SO ORDERED. Dated: 2/21/08. RICHARD J. SULLIVAN, U.S.D.J.

*Stamp:* USDS SDNY DOCUMENT ELECTRONICALLY FILED  FILED: 2/22/08