UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

       v.                                 :

James Brockington,                :          S2 07 Cr. 1033 (RJS)

          Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812 and 844, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       March 27, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 27 2008

0202