```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :
                                      MISDEMEANOR
       -v-                      :     INFORMATION

JAMES BROCKINGTON,              :
                                      S2 07 Cr. 1033 (RJS)
              Defendant.        :

- - - - - - - - - - - - - - -x
```

COUNT ONE

The United States Attorney charges:

1. In or about July 2007, in the Southern District of New York, JAMES BROCKINGTON, the defendant, unlawfully, intentionally, and knowingly did possess a controlled substance, to wit, approximately 4 kilograms of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code,
Sections 812 and 844;
Title 18, United States Code, Section 2.)

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 7 2008