Post-It® Fax Note  7671  Date 5/15/08  # of pages ▶
To: Richard J. Sullivan  From:
Co./Dept.: USDJ  Co.:
Phone #:  Phone #:
Fax #: 805-7946  Fax #:

**MEMO ENDORSED**

HENRY J. STEINGLASS

ATTORNEY AT LAW

299 BROADWAY

SUITE 1802

NEW YORK, NEW YORK 10007

TEL: (212) 406-7700    FAX: (212) 406-7702

May 15, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/08

via fax (212) 805-7946
Hon. Richard J. Sullivan, U.S. District Judge
United States District Court,
Southern District of New York
500 Pearl St.
NY  NY  10007

re: United States v. James Brockington, 07 Cr 1033 (RJS)

Dear Judge Sullivan:

    With the consent of Pretrial Services and the Government and , I respectfully request that my client, James Brockington be permitted to travel to South Carolina from this Friday 5/16/08 through Sunday 5/18/08 in order to take care of matters relating to the estate of his father, James Brockington, Sr., who died in December 2007. Mr. Brockington was released on bond in the above entitled proceeding with travel restricted to the Southern and Eastern Districts of New York.

    Mr. Brockington has informed me that his father's wife (Mr. Brockington's step-mother) died on 5/12/08 and that Mr. Brockington is the family member responsible for taking care of these estate matters.

    If permission for this trip is granted, Mr. Brockington would be traveling by car with other family members. While in South Carolina, Mr. Brockington would be staying at his deceased father and step-mother's home at 707 Royal St., Florence, South Carolina 29506, tel. (843) 617-0181.

    I note that similar travel was authorized for Mr. Brockington in 2007 (a) over the Labor Day weekend, and (b) in the event of an emergency regarding the health of his father (who was then in his 80's) or in the event of his father's death.

Yours truly,

Henry J. Steinglass

cc: AUSA Julian Moore [via fax (212) 637-2387]
Pretrial Services Officer Jeffrey Steinmel [via fax (212) 805-...]

SO ORDERED
Dated: 5/18/08
RICHARD J. SULLIVAN
U.S.D.J.