UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JAMES BROCKINGTON,

          Defendant.



No. 07 Crim. 1033 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that defendant's request, on consent of the government, to adjourn the sentencing date is GRANTED. The parties in the above-entitled action shall appear for sentencing on Wednesday, July 23, 2008, at 11:30 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     June 24, 2008
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE